### ADA PIERCE *vs.* JAMES SMITH.

Hancock County. Decided February 3, 1915. An action for trespass for an assault upon plaintiff on the 22d day of March, 1913. Plea, general issue. Verdict for plaintiff for $295.03. Defendant filed general motion for new trial. Motion overruled. *A. L. Blanchard*, for plaintiff. *George E. Thompson*, for defendant.